

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2018

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellants

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The appellant's unopposed second motion for extension of time to file brief is hereby
GRANTED. Time is extended to August 13, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 10th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court